# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Orion Healthcorp, Inc.  
Bankruptcy Case No.:  
8−18−71748−ast

Orion HealthCorp, Inc.  
Constellation Healthcare Technologies, Inc.  
NEMS Acquisition, LLC  
Northeast Medical Solutions, LLC  
NEMS West Virginia, LLC  
Physicians Practice Plus, LLC  
Physicians Practice Plus Holdings, LLC  
Medical Billing Services, Inc.  
Rand Medical Billing, Inc.  
RMI Physician Services Corporation  
Western Skies Practice Management, Inc.  
Integrated Physician Solutions, Inc.  
NYNM Acquisition, LLC  
Northstar FHA, LLC  
Northstar First Health, LLC  
Vachette Business Services, LTD.  
MDRX Medical Billing, LLC  
Vega Medical Professionals, LLC  
Allegiance Consulting Associates, LLC  
Allegiance Billing & Consulting, LLC  
Phoenix Health, LLC  

                            Plaintiff(s),

−against−

Adversary Proceeding No.  
8−18−08053−ast

Parmjit Singh Parmar  
Ravi Chivukula  
Sotiros Zaharis  
Naya Constellation Health, LLC  
Alpha Cepheus, LLC  
Constellation Health Investment, LLC  
First United Health, LLC  
Taira no Kiyomori LLC  
Blue Mountain Healthcare, LLC  
Destra Targeted Income Unit Investment Trust, on behalf of unitholders, a Delaware Statutory Trust  
Constellation Health Group, LLC  
Constellation Health, LLC  
United States Of America  
Young Conaway Stargatt & Taylor, LLP (in its capacity as Escrow Agent)  
                          Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint, which is attached to this summons, to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Address of Clerk:**

                            **United States Bankruptcy Court**

**290 Federal Plaza**
**Central Islip, NY 11722**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**

**Mark T Power**

**Hahn & Hessen**
**488 Madison Avenue**
**New York, NY 10022**

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: April 6, 2018                                       Robert A. Gavin, Jr., Clerk of the Court

**Summons (AST)**[Summons and Notice of Pretrial Conf. rev. 05/27/2016]