Mark T. Power, Esq.
John P. Amato, Esq.
**HAHN & HESSEN LLP**
488 Madison Avenue, Suite 1400
New York, New York 10022
Telephone: (212) 478-7200
E-mail: mpower@hahnhessen.com
jamato@hahnhessen.com

*Proposed Special Counsel to the Debtors and
Debtors in Possession*


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
In re:                                                      : Chapter 11
                                                            :
Orion HealthCorp, Inc.                                      : Case No. 18-71748 (AST)
Constellation Healthcare Technologies, Inc.                 : Case No. 18-71749 (AST)
NEMS Acquisition, LLC                                       : Case No. 18-71750 (AST)
Northeast Medical Solutions, LLC                            : Case No. 18-71751 (AST)
NEMS West Virginia, LLC                                     : Case No. 18-71752 (AST)
Physicians Practice Plus, LLC                               : Case No. 18-71753 (AST)
Physicians Practice Plus Holdings, LLC                      : Case No. 18-71754 (AST)
Medical Billing Services, Inc.                              : Case No. 18-71755 (AST)
Rand Medical Billing, Inc.                                  : Case No. 18-71756 (AST)
RMI Physician Services Corporation                          : Case No. 18-71757 (AST)
Western Skies Practice Management, Inc.                     : Case No. 18-71758 (AST)
Integrated Physician Solutions, Inc.                        : Case No. 18-71759 (AST)
NYNM Acquisition, LLC                                       : Case No. 18-71760 (AST)
Northstar FHA, LLC                                          : Case No. 18-71761 (AST)
Northstar First Health, LLC                                 : Case No. 18-71762 (AST)
Vachette Business Services, LTD.                            : Case No. 18-71763 (AST)
MDRX Medical Billing, LLC                                   : Case No. 18-71764 (AST)
Vega Medical Professionals, LLC                             : Case No. 18-71765 (AST)
Allegiance Consulting Associates, LLC                       : Case No. 18-71766 (AST)
Allegiance Billing & Consulting, LLC                        : Case No. 18-71767 (AST)
Phoenix Health, LLC,                                        : Case No. 18-71789 (AST)
                                                            :
                                 Debtors.                   : (Jointly Administered)
                                                            :
--------------------------------------------------------------------------- x

6924979.v1

```
----------------------------------------------------------------- x
Orion Healthcorp, Inc., et al.,                                   :
                                                                  :
                           Plaintiffs,                            :
            v.                                                    :    Adv. Pro. No. 18-08053 (AST)
                                                                  :
Parmjit Singh Parmar (a/k/a Paul Parmar), Ravi                    :
Chivukula, Sotiros Zaharis, Naya Constellation                    :
Health, LLC, Alpha Cepheus, LLC, Constellation                    :
Health Investment, LLC, First United Health, LLC,                 :
Taira no Kiyomori LLC, Blue Mountain Healthcare,                  :
LLC, Destra Targeted Income Unit Investment Trust,                :
on behalf of unitholders, a Delaware Statutory Trust,              ;
Constellation Health Group, LLC, Constellation                    :
Health, LLC, United States of America and Young                   :
Conaway Stargatt & Taylor, LLP (in its capacity as                :
Escrow Agent),                                                    :
                                                                  :
                           Defendants.                            :
----------------------------------------------------------------- x
```

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**JANICE O'KANE**, being duly sworn, deposes and says:

1. I am over 18 years of age and I am not a party to the above-captioned matter. I am employed by the law firm of Hahn & Hessen LLP located at 488 Madison Avenue, New York, NY 10022, Proposed Special Counsel to Plaintiffs Orion Healthcorp, Inc., *et al.* at whose direction service was made.

2. On April 6, 2018, I served the within (1) *Summons In An Adversary Proceeding*; and (2) *Adversary Proceeding Complaint* dated April 4, 2018 by first class mail by depositing true copies thereof in prepaid envelopes in an official depository under the exclusive care and custody of the United States Postal Service addressed to the following:

| | |
|---|---|
| Parmjit Singh Parmar (a/k/a Paul Parmar)<br>19 Colts Gait Ln<br>Colts Neck, NJ 07722 | Parmjit Singh Parmar (a/k/a Paul Parmar)<br>c/o State Street Corporate LLC<br>1786 Mt. Friendship Road<br>Smyrna, DE 19977 |
| Ravi Chivukula<br>111 Round Hill Dr<br>Freehold, NJ 07728 | Ravi Chivukula<br>3400 Highway 35 S<br>Suite 9<br>Hazlet, NJ 07730 |
| Sotiros Zaharis<br>1304 Plaza Drive<br>Woodbridge, NJ 07095 | Naya Constellation Health, LLC<br>341 Raven Cir<br>Wyoming, DE 19934<br>**Attn**: Registered Agent for<br>Naya Constellation Health, LLC |
| Corporations USA, LLC<br>341 Raven Cir<br>Wyoming, DE 19934<br>**Attn**: Registered Agent for<br>Naya Constellation Health, LLC | Alpha Cepheus, LLC<br>160 Greentree Dr Ste 101<br>Dover, DE 19904<br>**Attn**: Registered Agent for<br>Alpha Cepheus, LLC |
| National Registered Agents, Inc.<br>160 Greentree Dr Ste 101<br>Dover, DE 19904<br>**Attn**: Registered Agent for<br>Alpha Cepheus, LLC | Constellation Health Investment, LLC<br>1786 Mt. Friendship Road<br>Smyrna, DE 19977<br>**Attn**: Registered Agent for<br>Constellation Health Investment, LLC |
| State Street Corporate LLC<br>1786 Mt. Friendship Road<br>Smyrna, DE 19977<br>**Attn**: Registered Agent for<br>Constellation Health Investment, LLC | Blue Mountain Healthcare, LLC<br>c/o Robinson Brog Leinwand Greene<br>Genovese and Gluck<br>875 Third Avenue 9th Floor<br>New York, NY 10022 |
| National Registered<br>Agents, Inc.<br>160 Greentree Dr Ste 101<br>Dover, DE 19904<br>**Attn**: Registered Agent for<br>Blue Mountain Healthcare, LLC | FisherBroyles, LLP<br>445 Park Avenue, Ninth Floor<br>New York, NY 10022<br>**Attn**: Timothy Parlatore<br>*Counsel to Parmjit Singh Parmar,*<br>*NAYA Constellation Health LLC,*<br>*Alpha Cepheus, LLC,*<br>*Constellation Health Investment, LLC,*<br>*and Blue Mountain Healthcare LLC* |
| Saul Ewing Arnstein & Lehr LLP<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801<br>**Attn**: Lucian B. Murley<br>*Counsel to Parmjit Singh Parmar,*<br>*NAYA Constellation Health LLC,*<br>*Alpha Cepheus, LLC,*<br>*Constellation Health Investment, LLC,*<br>*and Blue Mountain Healthcare LLC* | Corporations USA, LLC<br>341 Raven Cir<br>Wyoming, DE 19934<br>**Attn**: Registered Agent for Taira no<br>Kiyomori LLC |

3

| | |
|---|---|
| U.S. Bank Trust National Association<br>300 Delaware Ave 9th fl<br>Wilmington, DE 19801<br>**Attn**: Registered Agent for Destra<br>Targeted Income Unit Investment<br>Trust, on behalf of unitholders,<br>a Delaware Statutory Trust | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>**Attn**: Registered Agent for<br>Constellation Health Group, LLC |
| State Street Corporate LLC<br>1786 Mt. Friendship Road<br>Smyrna, DE 19977<br>**Attn**: Registered Agent for<br>Constellation Health, LLC | Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>**Attn**: David J. Teklits, Thomas W. Briggs,<br>Jr. and Zi-Xiang Shen<br>*Counsel to Destra Targeted Income<br>Unit Investment Trust, Constellation<br>Health Group, LLC and<br>Constellation Health, LLC* |
| Faegre Bakers Daniels LLP<br>801 Grand Avenue, 33rd Floor<br>Des Moines, Iowa 50309<br>**Attn**: Terri L. Combs and<br>Elizabeth Carter<br>*Counsel to Destra Targeted Income<br>Unit Investment Trust, Constellation<br>Health Group, LLC and<br>Constellation Health, LLC* | United States of America<br>Richard P. Donoghue<br>United States Attorney<br>Eastern District of New York<br>610 Federal Plaza, 5th Floor<br>Central Islip, New York 11722 |
| Ruth A. Harvey<br>Margaret Newell<br>Seth B. Shapiro<br>Andrea Handel<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044 | Seth B. Shapiro<br>Senior Trial Counsel<br>U.S. Department of Justice -- Civil Division<br>1100 L Street, N.W., Room 10012<br>Washington, D.C. 20005 |
| United States Attorney for the Eastern<br>District of New York<br>Main Office<br>271 Cadman Plaza East<br>Brooklyn, NY 11201<br>**Attn**: Civil Process Clerk | United States Attorney for the<br>Eastern District of New York<br>Central Islip Branch Office<br>610 Federal Plaza<br>Central Islip, NY 11722-4454<br>**Attn**: Civil Process Clerk |
| Jeff Sessions<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | David C. McBride<br>Kathleen S. McCormick<br>Young Conaway Stargatt & Taylor LLP<br>1000 North Market Street<br>Wilmington, DE 19801 |

I declare under penalty of perjury that the foregoing is true and correct.

_____
JANICE O'KANE

Sworn to before me this
6th day of April 2018

_____
Notary Public

David H. Reinhart
Notary Public, State of New York
No. 01RE6196722
Qualified in Queens County
Commission Expires November 17, 2020