UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- x

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| ORION HEALTHCORP, INC. | : | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | : | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | : | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | : | Case No. 18-71751 (AST) |
| NEMSWEST VIRGINIA, LLC | : | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | : | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | : | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | : | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | : | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | : | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | : | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | : | Case No. 18-71759 (AST) |
| NYNMACQUISITION, LLC | : | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | : | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | : | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | : | Case No. 18-71763 (AST) |
| MDRXMEDICAL BILLING, LLC | : | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | : | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | : | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING &CONSULTING, LLC | : | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | : | Case No. 18-71789 (AST) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------------------- x

| ORION HEALTHCORP, INC., *et al.*, | : | |
|---|---|---|
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | Adv. Pro. No. 18-08053 (AST) |
| Parmjit Singh Parmar (a/k/a Paul Parmar), Sotirios | : | |
| Zaharis, Ravi Chivukula, Pavan Bakshi, Naya | : | |
| Constellation Health, LLC, Alpha Cepheus, LLC, | : | |
| Constellation Health Investment, LLC, Constellation | : | |
| Health Group, LLC, Constellation Health, LLC, | : | |
| First United Health, LLC, Taira no Kiyomori LLC, | : | |
| Blue Mountain Healthcare, LLC, CC Capital CHT | : | |
| Holdco LLC, CHT Holdco LLC, PBPP Partners | : | |
| LLC, Axis Medical Services, LLC, Vega Advanced | : | |
| Care LLC, Pulsar Advance Care LLC, Lexington | : | |

| | |
|---|---|
| Landmark Services LLC, MYMSMD LLC, PPSR Partners, LLC, AAKB Investments Limited, Destra Targeted Income Unit Investment Trust, on behalf of unitholders, a Delaware Statutory Trust, United States of America, Aquila Alpha LLC, 2 River Terrace Apartment 12J, LLC, Dioskouroi Kastor Polydeuces, LLC, 21B One River Park LLC, Aquila Alshain LLC, Ranga Bhoomi LLC, Harmohan Parmar (a/k/a Harry Parmar), Kiran Sharma, The Red Fronted Macaw Trust, Young Conaway Stargatt & Taylor, LLP (in its capacity as Escrow Agent), Blue Cross Blue Shield of South Carolina, Honorable Trinidad Navarro, Insurance Commissioner of the State of Delaware, in his capacity as Receiver, and John Does 1 through 100 inclusive, | : : : : : : : : : : : : : : : : : |
| Defendants. | : |
| ------------------------------------------------------------------ x | **Ref. Docket Nos. 24, 26, 27, 29** |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 12, 2018, I caused to be served the:

    a. "First Amended Adversary Proceeding Complaint," dated June 1, 2018 [Docket No. 24 in Adv. Proc No. 18-08053],

    b. "Plaintiffs' Motion for an Order of Attachment and Injunction and an Order Consolidating Related Adversary Proceedings for Pretrial Purposes," dated June 1, 2018 [Docket No. 26 in Adv. Proc No. 18-08053],

    c. "Plaintiffs' Memorandum of Law in Support of Motion for an Order of Attachment, Preliminary Injunction, and an Order Consolidating Related Proceedings," dated June 1, 2018 [Docket No. 27 in Adv. Proc No. 18-08053], and

    d. "Supplemental Summons in an Adversary Proceeding," dated June 6, 2018 [Docket No. 29 in Adv. Proc No. 18-08053],

by causing true and correct copies to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: *The Red Fronted Macaw Trust, c/o Kiran Sharma, Trustee, 5 Muncee Ct. Holmdel, NJ 07733-1246*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
12th day of June, 2018
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022