Alex Spiro
Lindsay Weber
Andrew Marks
Colin Gillespie
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Phone:  212-849-7000
Fax:  212-849-7100

*Counsel to Pavandeep Bakhshi*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 18-71748 (AST)<br>(Jointly Administered) |
| ORION HEALTHCORP, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PARMIJIT SINGH PARMAR, *et al.*<br><br>Defendants. | Adv. Pro. No. 18-08053 (AST) |

**NOTICE OF PRESENTMENT OF MOTION**
**TO DISMISS THE AMENDED COMPLAINT BY PAVANDEEP BAKHSHI**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated July 20, 2018 in support of the Motion to Dismiss the Amended Complaint by Pavandeep Bakhshi (the "Motion") brought pursuant to section 105(a) of the Bankruptcy Code and Federal Rules of Civil Procedure 12(b)(2), (4), (5), and (6) as incorporated by Federal Rule of Bankruptcy Procedure 7012, the order attached hereto as **Exhibit A** shall be presented to the Honorable Alan S. Trust, United States Bankruptcy Judge, on **September, 18 2018, 12:00 p.m. (Prevailing Eastern Time)**

at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722.

**PLEASE TAKE FURTHER NOTICE** that by agreement of counsel for Mr. Bakhshi and the Plaintiffs in this matter, any objections to the Motion shall be filed on or before **August 24, 2018**; and any replies by Mr. Bakhshi shall be filed on or before **September 11, 2018**.

**PLEASE TAKE FURTHER NOTICE that if an objection is timely filed to the relief requested, or if the Court determines that a hearing is appropriate, the Court will schedule a hearing. Notice of such a hearing will be provided by Mr. Bakhshi.**

Dated: July 20, 2018
      New York, NY

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP
By: */s/ Alex Spiro*
Alex Spiro
Lindsay Weber (admitted *pro hac vice*)
Andrew Marks
Colin Gillespie
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Email: alexspiro@quinnemanuel.com
lindsayweber@quinnemanuel.com
andrewmarks@quinnemanuel.com
colingillespie@quinnemanuel.com

*Counsel to Pavandeep Bakhshi*

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ORION HEALTHCORP, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-71748 (AST)<br><br>(Jointly Administered) |
| ORION HEALTHCORP, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PARMIJIT SINGH PARMAR, *et al.*<br><br>Defendants. | Adv. Pro. No. 18-08053 (AST) |

**[PROPOSED] ORDER GRANTING MOTION OF PAVANDEEP BAKHSHI**
**TO DISMISS THE AMENDED COMPLAINT**

Upon consideration of the Motion of Pavandeep Bakhshi to Dismiss the Amended Complaint (the "Motion"), filed pursuant to section 105(a) of the Bankruptcy Code and Federal Rules of Civil Procedure 12(b)(2), (4), (5), and (6) as incorporated in this proceeding by Federal Rule of Bankruptcy Procedure 7012; and it appearing that no other notice is necessary at this time; and after due deliberation and sufficient cause appearing therefore; it is hereby:

ORDERED that the Motion is **GRANTED**; and it is further

ORDERED that the Amended Complaint [Dkt. 24] is dismissed, with prejudice, as to Pavandeep Bakhshi for insufficient process, service of process, lack of personal jurisdiction and failure to state a claim for relief.

_____
Bankruptcy Judge Alan S. Trust