

August 3, 2018
Via ECF

John P. Amato
Partner
212.478.7380
jamato@hahnhessen.com

Honorable Alan S. Trust
United States Bankruptcy Judge
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:   Orion Healthcorp, Inc., *et al.* v. Parmar, et al., Adv. Pro. No. 18-08053
      (In re Orion Healthcorp, Inc. *et al.*, Case No. 18-71748 (Jointly
      Administered)

Dear Judge Trust:

On behalf of the debtors and debtors in possession in the above-referenced chapter 11 cases, and plaintiffs in the above-captioned adversary proceeding (collectively, the "Debtors"), we write to request that the Clerk of the Court issue an alias summons in *Orion Healthcorp, Inc. vs. Parmar, et al.*, Adv. Pro. No. 18-08053 in order that the Debtors can effect additional timely service of the amended complaint upon defendant Pavandeep Bakhshi.[1]

Pursuant to Bankruptcy Rule 7004(e) a summons needs to be mailed within seven (7) days of issuance. The amended summons in this case was issued on June 6, 2018. Additionally, in the amended complaint, defendant Pavandeep Bakhshi is incorrectly identified as "Pavan Bakshi". Accordingly, we request that the alias summons reflect the correct spelling of the defendant's name, "Pavandeep Bakhshi".

Respectfully submitted,

/s/ John P. Amato

John P. Amato

cc:  *Counsel of Record* (*via ECF*)

---

[1] The Debtors believe that service of process has already been properly effected, however the Debtors are undertaking additional service solely to moot out the service of process argument articulated in Bakhshi's motion to dismiss.