**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Charles E. Simpson, Esq.
Jeffrey C. Hoffman, Esq.
Tel: (212-237-1000
Email: csimpson@windelsmarx.com
          jhoffman@windelsmarx.com

*Attorneys for Parmjit Singh Parmar and the*
*Parmar Entities*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------------x
In re:                                                                    Chapter 11 Case

| | |
|---|---|
| ORION HEALTHCORP, INC. | No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | No. 18-71751 (AST) |
| NEMS WEST VIRGINIA, LLC | No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LL | No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | No. 18-71756 (AST) |
| RMI PHYSICIANS SERVICES CORPORATION | No. 18-75757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | No. 18-75758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | No. 18-75759 (AST) |
| NYNM ACQUISITION, LLC | No. 18-75760 (AST) |
| NORTHSTAR FHA, LLC | No. 18-75761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | No. 18-75762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | No. 18-75763 (AST) |
| MDRX MEDICAL BILLING, LLC | No. 18-75764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | No. 18-75765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | No. 18-75766 (AST) |
| ALLEGIANCE BILLING & CONSULTING, LLC | No. 18-75767 (AST) |
| PHOENIX HEALTH, LLC | No. 18-71789 (AST) |
| NEW YORK NETWORK MANAGEMENT, LLC | No. 18-74545 (AST) |

                        Debtors.                                  (Jointly Administered)
----------------------------------------------------------------------------------x

---------------------------------------------------------------------------------x
Orion Healthcorp, Inc., *et al.,*

                                    Plaintiffs,

          v.

Parmjit Singh Parmar (a/k/a Paul Parmar), Sotirios      Adv. Pro No. 18-08053 (AST)
Zaharis, Ravi Chivukula, Pavan Bakshi, Naya Constellation
Health LLC, Alpha Cepheus, LLC, Constellation Health
Investment, LLC, Constellation Health Group, LLC,
Constellation Health, LLC, First United Health, LLC, Taira no
Kiyomori LLC, Blue Mountain Healthcare, LLC, CC Capital
CHT Holdco LLC, CHT Holdco LLC, PBPP Partners LLC, Axis
Medical Services, LLC, Vega Advanced Care LLC, Pulsar
Advance Care LLC, Lexington Landmark Services LLC,
MYMSMD LLC, PPSR Partners, LLC, AAKB Investments
Limited, Destra Targeted Income Unit Investment Trust, on
behalf of unitholders, a Delaware Statutory Trust, United States
of America, Aquila Alpha LLC, 2 River Terrace Apartment 12J,
LLC, Dioskouroi Kastor Polydeuces, LLC, 21B One Riiver Park
LLC, Aquila Alshain LLC , Ranga Bhoomi LLC, Harmohan
Parmar (a/k/a Harry Parmar), Kiran Sharma, The Red Fronted
Macaw Trust, Young Conaway Stargatt & Taylor, LLP (in its
capacity as Escrow Agent), Blue Cross Blue Shield of South
Carolina, Honorable Trinidad Navarro, Insurance Commissioner
of the State of Delaware, in his capacity as Receiver, and John
Does 1 through 100 inclusive,

                                    Defendants.
---------------------------------------------------------------------------------x
---------------------------------------------------------------------------------x

Parmjit Singh Parmar, First United Health, LLC, and
Constellation Health, LLC,

                            Cross-claim Plaintiffs,

          v.

CC Capital CHT Holdco LLC and CHT Holdco LLC,

                            Cross-claim Defendants.
---------------------------------------------------------------------------------x

## DOCUMENTS SUPPLEMENTAL TO
## RESPONSE IN OPPOSITION TO MOTION
## TO DISMISS CROSS-CLAIMS

       Defendants and Cross-claimants, Parmjit "Paul" Parmar ("Parmar"), First United Health,

LLC ("FUH") and Constellation Health LLC ("CHLLC"), by and through their attorneys, Windels Marx Lane & Mittendorf, LLP, respectfully submit these *Documents Supplemental to Response in Opposition to Motion to Dismiss Cross-claims* (the "Response").

## The Supplements

As the Court is aware, the Response was filed by the Defendants and Cross-claimants on Monday, August 13, 2018, as required. The attached *Documents Supplemental to Response* were not available to counsel prior to August 14, 2018, and, although relevant and supportive of the statements in the Response, counsel was not able until now to file them with the Court. The aforesaid was beyond the control of counsel or Defendants and Cross-claimants.

## REQUEST

For the foregoing reasons, Parmjit "Paul" Parmar, First United Health, LLC and Constellation Health LLC, respectfully request that the attached documents be accepted as Documents Supplemental to the Response.

Dated:  August 15, 2018
          New York, New York

> Respectfully submitted,
>
> /s/ Charles E. Simpson
>
> Windels Marx Lane & Mittendorf, LLP
> By: Charles E. Simpson, Esq.
>      Jeffrey C. Hoffman, Esq.
> *Attorneys for the Defendants and Cross-Claim Plaintiffs*
> 156 West 56th Street
> New York, New York 10019
> Tel: (212) 237-1000
> Fax: (212) 262-1215
> csimpson@windelsmarx.com
> jhoffman@windelsmarx.com