UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Orion HealthCorp, Inc. | Case No. 18-71748 (AST) |
| Constellation Healthcare Technologies, Inc. | Case No. 18-71749 (AST) |
| NEMS Acquisition, LLC | Case No. 18-71750 (AST) |
| Northeast Medical Solutions, LLC | Case No. 18-71751 (AST) |
| NEMS West Virginia, LLC | Case No. 18-71752 (AST) |
| Physicians Practice Plus, LLC | Case No. 18-71753 (AST) |
| Physicians Practice Plus Holdings, LLC | Case No. 18-71754 (AST) |
| Medical Billing Services, Inc. | Case No. 18-71755 (AST) |
| Rand Medical Billing, Inc. | Case No. 18-71756 (AST) |
| RMI Physician Services Corporation | Case No. 18-71757 (AST) |
| Western Skies Practice Management, Inc. | Case No. 18-71758 (AST) |
| Integrated Physician Solutions, Inc. | Case No. 18-71759 (AST) |
| NYNM Acquisition, LLC | Case No. 18-71760 (AST) |
| Northstar FHA, LLC | Case No. 18-71761 (AST) |
| Northstar First Health, LLC | Case No. 18-71762 (AST) |
| Vachette Business Services, Ltd. | Case No. 18-71763 (AST) |
| MDRX Medical Billing, LLC | Case No. 18-71764 (AST) |
| Vega Medical Professionals, LLC | Case No. 18-71765 (AST) |
| Allegiance Consulting Associates, LLC | Case No. 18-71766 (AST) |
| Allegiance Billing & Consulting, LLC | Case No. 18-71767 (AST) |
| Phoenix Health, LLC, | Case No. 18-71789 (AST) |
| Debtors. | (Jointly Administered) |
| Orion HealthCorp, Inc., *et al.* | Adv. Pro. No. 8-18-08053 (AST) |
| Plaintiffs, | |
| v. | |
| Parmjit Singh Parmar (a/k/a Paul Parmar), Sotirios Zaharis, Ravi Chivukula, Pavan Bakshi, Naya Constellation Health, LLC, Alpha Cepheus, LLC, Constellation Health Investment LLC, Constellation Health Group, LLC, Constellation Health, LLC, First United Health, LLC, Taira no Kiyomori LLC, Blue Mountain Healthcare, LLC, CC Capital CHT Holdco LLC, CHT Holdco LLC, PBPP Partners LLC, Axis Medical Services, LLC, Vega Advanced Care LLC, Pulsar Advance Care LLC, Lexington Landmark Services LLC, MYMSMD LLC, PPSR Partners, LLC, | |

AAKB Investments Limited, Destra Targeted Income Unit Investment Trust, on behalf of unitholders, a Delaware Statutory Trust, United States of America, Aquila Alpha LLC, 2 River Terrace Apartment 12J, LLC, Dioskouroi Kastor Polydeuces, LLC, 21B One River Park LLC, Aquila Alshain LLC, Ranga Bhoomi LLC, Harmohan Parmar (a/k/a/ Harry Parmar), Kiran Sharma, The Red Fronted Macaw Trust, Young Conaway Stargatt & Taylor, LLP (in its capacity as Escrow Agent), Blue Cross Blue Shield of South Carolina, Honorable Trinidad Navarro, Insurance Commissioner of the State of Delaware in his capacity as Receiver, and John Does 1 through 100 inclusive,

Defendants.

## CERTIFICATE OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

I, **LAWRENCE MEHRINGER**, hereby certify under the penalty of perjury that:

1. I am employed by Loeb & Loeb LLP, located at 345 Park Avenue, New York, New York 10154. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 15, 2018, I served the *Notice of Presentation of Destra Targeted Income Unit Investment Trust and Constellation Health Group, LLC's Motion Seeking Partial Dismissal of First Amended Adversary Proceeding Complaint; Declaration of Jerome A. Miranowki;* and *Destra Targeted Income Unit Investment Trust and Constellation Health Group, LLC's Memorandum of Law in Support of Motion Seeking Partial Dismissal of First Amended Adversary Proceeding Complaint* by causing true and correct copies to be delivered by causing true and correct copies to be delivered *via First Class Mail and via email* to the following parties:

Hahn & Hessen
Attn: John P. Amato
    Mark T. Power
    Joseph Orbach
    Anne P. Kubic
481 Madison Avenue
New York, NY 10022
Email: jamato@hahnhessen.com
       mpower@hahnhessen.com

*Counsel for Plaintiffs*

DLA Piper US LLP
Attn: Thomas R Califano
1251 Avenue of the Americas
New York, NY 10020
Email: thomas.califano@dlapiper.com

*Counsel to the Debtors*


DLA Piper
Attn: Rachel Nanes
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131-5341
Email: rachel.nanes@dlapiper.com

*Counsel to the Debtors*




Office of the United States Trustee
Alfonse D'Amato
Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722-4456
Attn: Alfred M. Dimino


US Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 875 Ben Franklin Station
Washington, D.C. 20044
Attn: Seth B. Shapiro
Email: seth.shapiro@usdoj.gov

Troutman Sanders LLP
Attn: Brett D. Goodman
875 Third Avenue
New York, NY 10022
Email: brett.goodman@troutman.com

*Counsel for CHT Holdco, LLC and CC Capital CHT Holdco LLC*


Troutman Sanders LLP
Attn: J. David Dantzler, Esq.
600 Peachtree St.NE
Suite 300
Atlanta, GA 30308
Email: david.dantzler@troutman.com

*Counsel for CHT Holdco, LLC and CC Capital CHT Holdco LLC*

Young Conaway Stargatt & Taylor, LLP
Attn: James L. Patton, Jr.
     David C. McBride,
     Kathleen S. Mccormick
     Justin P.Duda
Rodney Square
1000 N.King Street
Wilmington, Delaware 19801
Email: ipatton@vcst.com
       dmcbride@vcst.com
       kmccormick@vcst.com
       iduda@vcst.com

*Counsel to Escrow Agent*

US Department of Justice
Tax Division
Attn: Steven S. Tennyson
P.O. Box 55
Ben Franklin Station
Washington, DC 20044
Email: steven.tennvson@usdoi.gov

Pachulski Stang Ziehl & Jones
780 Third Avenue
34th Floor
New York, NY 10019
Attn: Richard E. Mikels
     Ilan D. Scharf
Email: rmikels@pszilaw.com
       ischarf@pszilaw.com
*Counsel to the Unsecured Creditors Committee*

Quinn Emmanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010
Attn: Alex Spiro,
     Andrew Marks,
     Colin Gillespie,
     Lindsay Weber
Email: alexspiro@quinnemanuel.com
     andrewmarks@quinnemanuel.com
     colingillespie@quinnemanuel.com
     lindsavweber@quinnemanuel.com

*Counsel to Pavandeep Bakhshi*

Windsels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
Attn: Charles E. Simpson
Email: csimpson@windelsmarx.com

*Counsel to Parmjit Singh Parmar, et al.*

3. I declare under penalty of perjury that the forgoing is true and correct.

_____
Lawrence Mehringer

16555392.1
214863-10008