UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                            Chapter 11

Orion HealthCorp, Inc., et al.,                   Case Nos. 18-71748-67 (AST)
                                                  Case No. 18-71789 (AST)
                                                  Case No. 18-74545 (AST)

                    Debtors                       (Jointly Administered)

-----------------------------------------------------------------x
Orion Healthcorp, Inc., et al.,

                    Plaintiffs,

        v.                                        Adv. Pro. No. 18-08053 (AST)

Parmjit Singh Parmar aka Paul Parmar, et al.,

                    Defendants.
-----------------------------------------------------------------x

**RULE 7.1 DISCLOSURE STATEMENT OF
DEFENDANT AAKB INVESTMENTS LIMITED**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel for Defendant AAKB Investments Limited ("AAKB") certifies that there is no parent company of AAKB, and no publicly-held corporation owns 10% or more of the stock of AAKB.

Dated: November 21, 2018
       New York, New York

                                                  /s/ Derek J.T. Adler
                                                  Derek J.T. Adler
                                                  HUGHES HUBBARD & REED LLP
                                                  One Battery Park Plaza
                                                  New York, New York 10004
                                                  Telephone: (212) 837-6000
                                                  Facsimile: (212) 422-4726
                                                  derek.adler@hugheshubbard.com

                                                  *Counsel to AAKB Investments Limited*