UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:

Orion HealthCorp, Inc., *et al.*,

                     Debtors

Chapter 11

Case Nos. 18-71748-67 (AST)
Case No. 18-71789 (AST)
Case No. 18-74545 (AST)

(Jointly Administered)

---------------------------------------------------------------x

Orion Healthcorp, Inc., *et al.*,

                       Plaintiffs,

          v.

Parmjit Singh Parmar aka Paul Parmar, *et al.*,

                     Defendants.

Adv. Pro. No. 18-08053 (AST)

---------------------------------------------------------------x

### CC CAPITAL CHT HOLDCO LLC'S AND CHT HOLDCO, LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THE CROSSCLAIMS AGAINST PAVANDEEP BAKHSHI

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 41(a) and (c), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, Cross-Claimants CC Capital CHT Holdco LLC and CHT Holdco, LLC, by and through their attorneys, Troutman Sanders LLP, hereby dismiss, without prejudice and without costs, the crossclaims filed against Cross-Defendant Pavandeep Bakhshi.

[SIGNATURE ON THE FOLLOWING PAGE]

38746848v2

Dated: April 30, 2019
New York, New York

TROUTMAN SANDERS LLP

By: */s/ J. David Dantzler, Jr.*
J. David Dantzler, Jr.
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30308
(404) 885-3000
david.dantzler@troutman.com

- AND -

Brett D. Goodman
875 Third Avenue
New York, NY 10022
(212) 704-6000
brett.goodman@troutman.com