Mark T. Power, Esq.
John P. Amato, Esq.
**HAHN & HESSEN LLP**
488 Madison Avenue, Suite 1400
New York, New York 10022
Telephone:	(212) 478-7200
E-mail:	mpower@hahnhessen.com
	jamato@hahnhessen.com

*Counsel to the Liquidating Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In re:

Orion HealthCorp, Inc., *et al.*,

                      Debtors.

------------------------------------------------------------------------x

Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.*, CHT Holdco, LLC, and CC Capital CHT Holdco LLC,

                      Plaintiffs,
      v.

Parmjit Singh Parmar (a/k/a Paul Parmar), Sotirios Zaharis, Ravi Chivukula, Pavan Bakhshi, Naya Constellation Health, LLC, Alpha Cepheus, LLC, Constellation Health Investment, LLC, Constellation Health, LLC, First United Health, LLC, Taira no Kiyomori LLC, Blue Mountain Healthcare, LLC, PBPP Partners LLC, Axis Medical Services, LLC, Vega Advanced Care LLC, Pulsar Advance Care LLC, Lexington Landmark Services LLC, MYMSMD LLC, PPSR Partners, LLC, AAKB Investments Limited, Aquila Alpha LLC, 2 River Terrace Apartment 12J, LLC, Dioskouroi Kastor Polydeuces, LLC, 21B One River Park LLC, Aquila Alshain LLC, Ranga Bhoomi

Chapter 11

Case No. 18-71748-67 (AST)
Case No. 18-71789 (AST)
Case No. 18-74545 (AST)

(Jointly Administered)

Adv. Pro. No. 18-08053 (AST)

LLC, Harmohan Parmar (a/k/a Harry     :
Parmar), Kiran Sharma, The Red Fronted     :
Macaw Trust, Joel Plasco, and John Does 1     :
through 100 inclusive,     :
    :
                                 Defendants.     :
------------------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF QUEENS    )

        I, DAVID H. REINHART, being duly sworn, depose and say:

        1.     I am not a party to the above captioned action, am over 18 years of age, am employed by Hahn & Hessen LLP, counsel to Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion HealthCorp., Inc., *et al.*, and reside in Queens County, New York.

        2.     On January 19, 2021, I caused true copies of (i) *Second Amended Adversary Proceeding Complaint* [ECF No. 303] (the "Amended Complaint") and (ii) *Exhibit A to Second Amended Adversary Complaint* [ECF No. 304] ("Exhibit A") to be served upon the following parties by placing copies in pre-addressed, postage paid envelopes and depositing them in a receptacle under the exclusive care and custody of the United States Postal Service:

| | |
|---|---|
| Office of the United States Trustee,<br>Eastern District of New York<br>Long Island Federal Courthouse<br>560 Federal Plaza - Room 560<br>Central Islip, NY 1172-4437<br>Attn: Christine Black | Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, NY 10019<br>Attn: Charles E. Simpson, Esq. |
| Parlatore Law Group, LLP<br>One World Trade Center, Suite 8500<br>New York, New York 10007<br>Attn: Timothy Parlatore, Esq.<br>      Maryam N. Hadden, Esq. | Mukasey Frenchman & Sklaroff LLP<br>2 Grand Central Tower<br>140 East 45th Street, Suite 17A<br>New York, New York 10017<br>Attn: Kenneth A. Caruso, Esq. |

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn: Elizabeth A. Beitler, Esq.

3. On January 21, 2021, I caused true copies of the Amended Complaint and Exhibit A to be served upon the following parties by email:

| ENTITY/FIRM NAME | EMAIL ADDRESS |
|---|---|
| U.S. Trustee's office, Region 2 | christine.h.black@usdoj.gov; USTP.Region02@usdoj.gov |
| Hughes Hubbard & Reed LLP | elizabeth.beitler@hugheshubbard.com |
| Parlatore Law Group, LLP | timothy.parlatore@parlatorelawgroup.com maryam.hadden@parlatorelawgroup.com |
| Mukasey Frenchman & Sklaroff LLP | kenneth.caruso@MFSLLP.com |
| Windels Marx Lane & Mittendorf, LLP | csimpson@windelsmarx.com |

David H. Reinhart
Paralegal

Sworn to before me on the
21st day of January, 2021

Notary Public

RODNEY ZAGURY
Notary Public, State of New York
Registration No. 01ZA4833352
Qualified in New York County
Commission Expires September 30, 20 21

**NOTARY STATEMENT OF AUDIO-VIDEO CONFERENCING**

In accordance with New York State Governor's Executive Order 202.7, issued March 19, 2020, as extended, DAVID H. REINHART personally appeared before me on January 21, 2021, utilizing interactive audio-video technology; and is personally known to me or proved to me on the basis of satisfactory evidence displayed during the video conference to be the individual whose name is subscribed to the within instrument; and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual, or the entity upon behalf of which the individual acted, executed the instrument; and affirmatively represented that he was physically situated in the State of New York, County of QUEENS; and on said date transmitted a legible copy of this document directly to me by fax or electronic means.

I was physically present in the State of New York, County of NEW YORK during the audio-video conference.

RODNEY ZAGURY
Notary Public, State of New York
Registration No. 01ZA4833352
Qualified in New York County
Commission Expires September 30, 20 21

Notary Public

- 3 -