Mark T. Power, Esq.
John P. Amato, Esq.
**HAHN & HESSEN LLP**
488 Madison Avenue, Suite 1400
New York, New York 10022
Telephone:	(212) 478-7200
E-mail:	mpower@hahnhessen.com
	jamato@hahnhessen.com

*Counsel to the Liquidating Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re:<br><br>Orion HealthCorp, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-71748-67 (AST)<br>Case No. 18-71789 (AST)<br>Case No. 18-74545 (AST)<br><br>(Jointly Administered) |
| Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.*, CHT Holdco, LLC, and CC Capital CHT Holdco LLC,<br><br>Plaintiffs,<br>v.<br><br>Parmjit Singh Parmar (a/k/a Paul Parmar), Sotirios Zaharis, Ravi Chivukula, Pavan Bakhshi, Naya Constellation Health, LLC, Alpha Cepheus, LLC, Constellation Health Investment, LLC, Constellation Health, LLC, First United Health, LLC, Taira no Kiyomori LLC, Blue Mountain Healthcare, LLC, PBPP Partners LLC, Axis Medical Services, LLC, Vega Advanced Care LLC, Pulsar Advance Care LLC, Lexington Landmark Services LLC, MYMSMD LLC, PPSR Partners, LLC, AAKB Investments Limited, Aquila Alpha LLC, 2 River Terrace Apartment 12J, LLC, Dioskouroi Kastor Polydeuces, LLC, 21B One River Park LLC, Aquila Alshain LLC, Ranga Bhoomi | Adv. Pro. No. 18-08053 (AST) |

LLC, Harmohan Parmar (a/k/a Harry       :
Parmar), Kiran Sharma, The Red Fronted     :
Macaw Trust, Joel Plasco, and John Does 1   :
through 100 inclusive,                                   :
                                              Defendants.        :
---------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                   ) ss.:
COUNTY OF QUEENS      )

I, DAVID H. REINHART, being duly sworn, depose and say:

1. I am not a party to the above captioned action, am over 18 years of age, am employed by Hahn & Hessen LLP, counsel to Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion HealthCorp., Inc., *et al.*, and reside in Queens County, New York.

2. On January 19, 2021, I caused true copies of (i) *Second Amended Adversary Proceeding Complaint* [ECF No. 303]; (ii) *Exhibit A to Second Amended Adversary Complaint* [ECF No. 304] and (iii) *Supplemental Summons in an Adversary Proceeding* [ECF No. 305] to be served upon the following parties by placing copies in pre-addressed, postage paid envelopes and depositing them in a receptacle under the exclusive care and custody of the United States Postal Service:

| | |
|---|---|
| Sotirios Zaharis<br>1304 Plaza Drive<br>Woodbridge, NJ 07095 | Sotirios Zaharis<br>19 Colts Gait Ln.<br>Colts Neck, NJ 07722-1468 |
| Sotirios Zaharis<br>2 River Terrace<br>Apt 12J<br>New York, NY 10282-1251 | Ravi Chivukula<br>3400 Highway 35 S<br>Suite 9<br>Hazlet, NJ 07730 |

Ravi Chivukula
111 Round Hills Dr.
Freehold, NJ 07095

Ravi Sankar Chivukula
119A Jason Way
North Arlington, NJ 07031-5025

Aquila Alpha LLC
160 Greentree Drive, Suite 101,
Dover, DE 19904
**Attn:** National Registered Agents, Inc.

Joel Plasco
40 Walker Street, Apt 5
New York NY 10013

Ravi Sankar Chivukula
765 Banyan Ct
Morganville, NJ 07751-1762

Ravi Chivukula
2 River Terrace
Apt. 12J
New York, NY 10282-1251

Aquila Alpha LLC
3400 Route 35 South
Suite 9 Hazlet NJ 07730

_____
David H. Reinhart
Paralegal

Sworn to before me on the
21st day of January, 2021

_____
Notary Public

RODNEY ZAGURY
Notary Public, State of New York
Registration No. 01ZA4833352
Qualified in New York County
Commission Expires September 30, 20 21

## NOTARY STATEMENT OF AUDIO-VIDEO CONFERENCING

In accordance with New York State Governor's Executive Order 202.7, issued March 19, 2020, as extended, DAVID H. REINHART personally appeared before me on January 21, 2021, utilizing interactive audio-video technology; and is personally known to me or proved to me on the basis of satisfactory evidence displayed during the video conference to be the individual whose name is subscribed to the within instrument; and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual, or the entity upon behalf of which the individual acted, executed the instrument; and affirmatively represented that he was physically situated in the State of New York, County of QUEENS; and on said date transmitted a legible copy of this document directly to me by fax or electronic means.

I was physically present in the State of New York, County of NEW YORK during the audio-video conference.

RODNEY ZAGURY
Notary Public, State of New York
Registration No. 01ZA4833352
Qualified in New York County
Commission Expires September 30, 20 21

_____
Notary Public

- 3 -