Christopher B. Cain
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-2523
Facsimile: (212) 354-8113
christopher.cain@whitecase.com

*Counsel to Pavandeep Bakhshi*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | |
| ORION HEALTHCORP, INC., *et al.*, | ) ) | Chapter 11<br>Case No. 18-71748 (AST) |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) | |
| ORION HEALTHCORP, INC., *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Adv. Pro. No. 18-08053 (AST) |
| PARMIJIT SINGH PARMAR, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF PRESENTMENT OF APPLICATION TO WITHDRAW AS ATTORNEY
OF RECORD FOR DEFENDANT PAVANDEEP BAKHSHI**

**PLEASE TAKE NOTICE** that upon the accompanying Application to Withdraw as Attorney of Record for Defendant Pavandeep Bakhshi (the "Application"), filed pursuant to Local Bankruptcy Rule 2090-1, the order attached hereto as **Exhibit A** shall be presented to the Honorable Alan S. Trust, United States Bankruptcy Judge, on **March 16, 2021, at 10:00 AM EST**, at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application shall be filed on or before **March 15, 2021, at 10:00 AM EST**. Unless objections are timely received, the order may be entered without a hearing.

**PLEASE BE ADVISED that if an objection is timely filed to the relief requested, or if the Court determines that a hearing is appropriate, the Court will schedule a hearing. Notice of such a hearing will be provided by the applicant.**

Dated: New York, New York
February 22, 2021

Respectfully Submitted,

By: /s/ Christopher B. Cain
Christopher B. Cain
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-2523
Facsimile: (212) 354-8113
christopher.cain@whitecase.com

*Counsel to Pavandeep Bakhshi*