# Notice Recipients

District/Off: 0207−8              User: admin                Date Created: 5/1/2026
Case: 8−18−08053−ast            Form ID: 296               Total: 6

**Recipients of Notice of Electronic Filing:**
aty       Brigitte Rose        BRose@thompsoncoburn.com
aty       Joseph Orbach        jorbach@hahnhessen.com
aty       Mark T Power         mpower@thompsoncoburn.com
aty       Timothy P Neumann         timothy.neumann25@gmail.com

                                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty       Bianca DiBella        Troutman Pepper Hamilton Sanders LLP        600 Peachtree St. NE        Suite 3000        Alanta, GA 30308
aty       J. Timothy Mast        Troutman Pepper Hamilton Sanders LLP        600 Peachtree St. NE        Suite 3000        Atlanta, GA 30308

                                                                TOTAL: 2